**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JOE ANTHONY GUERRA AND** | § | |
| **MELISSA VIRGEN SANCHEZ** | § | |
|     *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **Civil Case No. 1:23-CV-1276** |
| | § | |
| **GENERAL MOTORS LLC** | § | |
|     *Defendant.* | § | |

**NOTICE OF SETTLEMENT**

TO UNITED STATES DISTRICT JUDGE:

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice

pursuant to Fe. R. Civ. P. 41 (a) within sixty (60) days.

            Respectfully submitted,

            **Beatty Navarre Strama PC**
            901 South Mopac Expressway
            Building 1, Suite 200
            Austin, TX 78746
            (512) 879-5050
            (512) 879-5040 (FAX)

            By: _____*/s/ Matthew R. Beatty*_____
                Matthew R. Beatty
                State Bar No. 24001169
                mbeatty@bnsfirm.com

            **ATTORNEY FOR DEFENDANT**
            **GENERAL MOTORS LLC**